

## SUMMARY DISPOSITION ORDER

Affirm.

## SUMMARY DISPOSITION ORDER

Affirm.

389 P.3d 134

**STATE of Hawaiʻi, Plaintiff-Appellee,**

v.

**Edwin K. CUMMINGS, Defendant-Appellant**

**NO. CAAP-14-0000921**

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi,
January 27, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(FC-CRIMINAL NO. 13-1-2321)

389 P.3d 134

**Brent LOCKWOOD, Appellant-Appellant,**

v.

**STATE of Hawaiʻi, Department of Labor and Industrial Relations Employment Security Appeal & Referees' Office, Appellees-Appellees**

**NO. CAAP-14-0001277**

Intermediate Court of Appeals of Hawaiʻi.

Dated: Honolulu, Hawaiʻi, January 27, 2017

As Amended February 6, 2017

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 14-1-0186(2))

## SUMMARY DISPOSITION ORDER

Affirmed.

## SUMMARY DISPOSITION ORDER

Affirmed.

389 P.3d 134

**Scott B. SMITH, Petitioner-Appellant,**

v.

**STATE of Hawaiʻi, Respondent-Appellee.**

**NO. CAAP-15-0000920**

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi,
January 27, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT (S.P.P. NO. 13-1-0008(2), CR. NO. 99-0325 (2))

389 P.3d 134

**STATE of Hawaiʻi, Plaintiff-Appellee,**

v.

**Jason ENGELBY, Defendant-Appellant**

**NO. CAAP-15-0000724**

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi,
January 30, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 12-1-1899)